**ORDERED.**

**Dated: April 04, 2023**

                                              Grace E. Robson
                                              United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | |
| HR North Dale Mabry, LLC, | Case No. 8:21-bk-01958-GER |
|     Debtor. | Chapter 11 |
| | |
| Dale Mabry Crossings, LLC, | |
|     Plaintiff, | |
| vs. | Adversary No. 8:21-ap-00216-GER |
| | (State Court Case No. 18-CA-001700) |
| HR North Dale Mabry, LLC, a Florida limited liability company; Claire Clements, an individual; and Unknown Tenant, | |
|     Defendants. | |

### ORDER DENYING MOTION FOR RECONSIDERATION

This matter came before the Court upon the Motion for Reconsideration[1] (Doc. No. 57) filed by Defendants HR North Dale Mabry, LLC and Claire Clements (the "Defendants"). The

---

[1] *Defendants' Motion for Reconsideration of Order (1) Granting Motion for Remand, (2) Remanding Case to State Court, and (3) Denying as Moot Motion to Consolidate* (the "Motion for Reconsideration") (Doc. No. 57).

Defendants request that the Court reconsider the *Order (1) Granting Motion for Remand, (2) Remanding Case to State Court, and (3) Denying as Moot Motion to Consolidate* (Doc. No. 53).

Pursuant to 28 U.S.C. § 1447(d), "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise." "[A] federal court is barred from reconsidering its own remand order."[2] Accordingly, the Court finds that it is without jurisdiction to consider the Motion for Reconsideration, and it is

**ORDERED**:

1. The Motion for Reconsideration (Doc. No. 57) is **DENIED**.

# # #

Attorney Erik Johanson is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.

---

[2] *Thakkar v. Good Gateway, LLC (In re Orlando Gateway Partners, LLC)*, No. 21-12925, 2022 WL 969674, at *1 (11th Cir. Mar. 31, 2022) (citing 28 U.S.C. § 1447(d)).