UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

HR NORTH DALE MABRY, LLC    CASE NO.: 8:21-bk-01958-GER
                            CHAPTER 11

    Debtor
_____/

DALE MABRY CROSSINGS, LLC

    Plaintiff
vs.                         Adv. Pro. No. 8:21-ap-00216-GER
                            (Removed from Case No. 18-CA-1700)

HR NORTH DALE MABRY, LLC,
and CLAIRE CLEMENTS,

    Defendants.
_____/

## PROOF OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Order Denying Motion for Reconsideration* (Doc. No. 58) were furnished electronically via the Court's CM/ECF filing system on all parties who receive electronic service in the ordinary course of business on April 4, 2023.

DATED: April 5, 2023.

                                        */s/ Erik Johanson*
                                        Erik Johanson, Esq.
                                        Florida Bar No. 106417
                                        Joseph Boyd, Esq.
                                        Florida Bar No. 1039873
                                        ERIK JOHANSON PLLC
                                        3414 W. Bay to Bay Boulevard
                                        Suite 300
                                        Tampa, FL 33629

erik@johanson.law  
JR@johanson.law  
ecf@johanson.law  
*Counsel for Claire Clements*